# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jill A. | Court of Appeals-Eleventh Circuit | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Court of Appeals Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

56 Forsyth Street
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | ▨ |
| 2. President, Director | ▨ (VII line 11) |
| 3. Member | ▨ (VII line 10) |
| 4. Trustee | Trust #1 (VII line 25) |
| 5. Member | ▨ |
| 6. Member | ▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/21/2019 | Duke University Law School - Teaching | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▬▬▬▬▬▬▬▬▬▬ - wages and distributions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University Law School | 11/21/2019 - 11/22/2019 | Durham, NC | Teaching | Hotel, Transportation, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NewRez d/b/a Shellpoint Mortgage Servicing | Mortgage on rental property #2 (VII line 2) | M |
| 2. Wells Fargo | Mortgage on rental property #4 (VII line 3) | None |
| 3. Bank of America | Mortgage on rental property #5 (VII line 4) | None |
| 4. American Express | Credit card | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Rental property #1, Atlanta, Fulton County, Georgia | E | Rent | N | W | | | | | |
| 2. | Rental property #2, Atlanta, Fulton County, Georgia | E | Rent | N | W | | | | | |
| 3. | Rental property #4, Sarasota, Sarasota County, Florida | D | Rent | | | Sold | 08/12/19 | N | | Russell & Carol Meyer |
| 4. | Rental property #5, Sarasota, Sarasota County, Florida | D | Rent | | | Sold | 02/28/19 | O | G | John & Henriette Moelker |
| 5. | Vacation home #2, Sarasota, Sarasota County, Florida | D | Rent | N | W | | | | | |
| 6. | TrustPoint International, LLC | | None | M | U | | | | | |
| 7. | River's Edge Landing, LLC | | None | J | U | | | | | |
| 8. | Ledbetter Lake Investors, LLC | | None | J | U | | | | | |
| 9. | Dasher's Bay at Effingham, LLC | | None | J | U | | | | | |
| 10. | ▓▓▓▓▓▓▓ | | None | K | W | | | | | |
| 11. | ▓▓▓▓▓▓▓ | | None | N | W | | | | | |
| 12. | SunTrust bank accounts | A | Interest | K | T | | | | | |
| 13. | Bank of America bank accounts | A | Interest | | | Closed | 10/08/19 | J | | |
| 14. | Associated Credit Union account | A | Dividend | J | T | | | | | |
| 15. | Cadence bank accounts | A | Interest | J | T | | | | | |
| 16. | Citibank cash accounts (Y) | | | | | | | | | |
| 17. | Southern First Bank accounts | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fifth Third Bank | A | Interest | L | T | | | | | |
| 19. | 401k ▓▓▓▓▓▓▓<br>Risk Level 4 Portfolio | | None | P1 | T | | | | | |
| 20. | New Hampshire College Portfolio Age-Based Fidelity Index | | None | M | T | Sold (part) | 03/18/19 | K | A | |
| 21. | | | | | | Sold | 08/12/19 | K | B | |
| 22. | | | | | | Buy | 12/06/19 | M | | |
| 23. | New Hampshire Portfolio 2018 Fidelity Index | | None | | | Sold (part) | 08/20/19 | K | B | |
| 24. | | | | | | Sold | 12/06/19 | M | E | |
| 25. | Trust #1 -AXA Equitable Whole Life insurance policy | C | Dividend | M | T | | | | | |
| 26. | AXA Equitable: AXA International Core Volatility Fund | | None | K | T | | | | | |
| 27. | AXA Equitable: EQ/GAMCO Small Company Value Fund | | None | J | T | | | | | |
| 28. | AXA/Janus Enterprise Fund | | None | J | T | | | | | |
| 29. | AXA Equitable: EQ/Quality Bond Plus Fund | | None | L | T | | | | | |
| 30. | AXA Equitable: AXA Large Cap Growth Fund | | None | L | T | | | | | |
| 31. | AXA Equitable: AXA Large Cap Value Volatility Fund | | None | L | T | | | | | |
| 32. | West Elk Partners LP | | None | O | T | | | | | |
| 33. | Coca-Cola Co. stock | A | Dividend | J | T | | | | | |
| 34. | Alphabet Inc CL-C stock | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Angel Oak Multi-Strategy Income Fund - I | E | Dividend | O | T | Sold<br>(part) | 05/02/19 | M | | |
| 36. | | | | | Sold<br>(part) | 05/03/19 | K | | |
| 37. | | | | | Sold<br>(part) | 05/24/19 | J | | |
| 38. | | | | | Buy<br>(add'l) | 09/10/19 | L | | |
| 39. | | | | | Sold<br>(part) | 12/18/19 | J | | |
| 40. Berkshire Hathaway C1-B stock | | None | M | T | Sold<br>(part) | 12/17/19 | J | B | |
| 41. | | | | | Donated<br>(part) | | | | |
| 42. Charles Schwab Bank Sweep (cash<br>equivalent) | C | Interest | M | T | | | | | |
| 43. Dirtt Environmental Solutions stock | | None | | | Sold<br>(part) | 11/22/19 | J | | |
| 44. | | | | | Sold<br>(part) | 12/02/19 | J | | |
| 45. | | | | | Sold<br>(part) | 12/06/19 | J | | |
| 46. | | | | | Sold | 12/09/19 | J | | |
| 47. EIC Value Fund | E | Dividend | K | T | Buy<br>(add'l) | 05/02/19 | M | | |
| 48. | | | | | Buy<br>(add'l) | 05/03/19 | K | | |
| 49. | | | | | Buy<br>(add'l) | 09/10/19 | K | | |
| 50. First Eagle Global Fund - I | D | Dividend | M | T | Sold<br>(part) | 05/24/19 | J | A | |
| 51. | | | | | Buy<br>(add'l) | 09/10/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. FPA Crescent Fund - I | E | Dividend | N | T | Sold<br>(part) | 05/02/19 | J | A | |
| 53. | | | | | Sold<br>(part) | 05/24/19 | J | A | |
| 54. | | | | | Buy<br>(add'l) | 09/10/19 | L | | |
| 55. Harbor Capital Appreciation Fund | C | Dividend | K | T | Donated<br>(part) | | | | |
| 56. Invesco S&P Emerging Markets Low<br>Volatility ETF | C | Dividend | M | T | Sold<br>(part) | 05/24/19 | J | A | |
| 57. | | | | | Sold<br>(part) | 11/15/19 | J | A | |
| 58. Invesco S&P International Developed Low<br>Volatility ETF | E | Dividend | N | T | Sold<br>(part) | 05/24/19 | J | A | |
| 59. Mirae Emerging Markets Great Consumer<br>Fund Class I | A | Dividend | L | T | Buy<br>(add'l) | 05/02/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 09/10/19 | K | | |
| 61. Schwab Value Advantage Money Fund -<br>Investor Shares | E | Dividend | P1 | T | Buy<br>(add'l) | 03/01/19 | N | | |
| 62. | | | | | Sold<br>(part) | 03/05/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 05/02/19 | K | | |
| 64. | | | | | Sold<br>(part) | 05/02/19 | K | | |
| 65. | | | | | Sold<br>(part) | 05/03/19 | K | | |
| 66. | | | | | Sold<br>(part) | 05/24/19 | K | | |
| 67. | | | | | Sold<br>(part) | 06/14/19 | L | | |
| 68. | | | | | Sold<br>(part) | 07/05/19 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 07/08/19 | N | | |
| 70. | | | | | Buy<br>(add'l) | 08/14/19 | N | | |
| 71. | | | | | Buy<br>(add'l) | 09/10/19 | O | | |
| 72. | | | | | Sold<br>(part) | 10/16/19 | K | | |
| 73. | | | | | Sold<br>(part) | 12/17/19 | J | | |
| 74. Tweedy Browne Global Value Fund | A | Dividend | J | T | | | | | |
| 75. Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Buy<br>(add'l) | 09/10/19 | M | | |
| 76. Vanguard FTSE Emerging Markets ETF | B | Dividend | L | T | Sold<br>(part) | 05/24/19 | J | A | |
| 77. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 78. | | | | | Donated<br>(part) | | | | |
| 79. Vanguard Intermediate Term Tax-Exempt<br>Fund - Inv | C | Dividend | M | T | Buy<br>(add'l) | 05/02/19 | K | | |
| 80. | | | | | Buy<br>(add'l) | 09/10/19 | K | | |
| 81. Vanguard Limited Term Tax-Exempt Fund | B | Dividend | L | T | Buy<br>(add'l) | 09/10/19 | J | | |
| 82. Vanguard Short-Term Investment-Grade<br>Adm Fund | A | Dividend | J | T | Sold<br>(part) | 05/02/19 | J | | |
| 83. Vanguard Small-Cap Growth Index ETF | A | Dividend | | | Sold | 04/02/19 | J | A | |
| 84. Vanguard Small-Cap Value Index ETF | B | Dividend | M | T | Buy<br>(add'l) | 05/02/19 | M | | |
| 85. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 05/24/19 | J | A | |
| 87. | | | | | Buy<br>(add'l) | 09/10/19 | K | | |
| 88. Vanguard Value Index ETF | D | Dividend | N | T | Buy<br>(add'l) | 09/10/19 | L | | |
| 89. Delaware ST 5% 07-01-20 Bond | B | Interest | K | T | Sold<br>(part) | 06/19/19 | J | A | |
| 90. Forsyth Cnty GA 5% 03-01-21 Bond | B | Interest | K | T | | | | | |
| 91. Georgia ST 4% 07-01-21 Bond | B | Interest | L | T | | | | | |
| 92. Georgia ST 5% 07-01-19 Bond | C | Interest | | | Matured | 07/01/19 | L | | |
| 93. Georgia ST 5% 07-01-20 Bond | C | Interest | L | T | | | | | |
| 94. Gwinnett Cnty GA School District 5%<br>02-01-21 Bond | B | Interest | K | T | | | | | |
| 95. Maryland Natl Cap Pk & Planning 5%<br>01-15-19 Bond | A | Interest | | | Matured | 01/15/19 | K | | |
| 96. Maryland ST 5% 08-01-20 Bond | C | Interest | L | T | | | | | |
| 97. San Antonio TX 5% 08-01-19 Bond | C | Interest | | | Matured | 08/01/19 | L | | |
| 98. Washington Cnty UT School District 5%<br>03-01-20 Bond | C | Interest | L | T | | | | | |
| 99. US Treasury Note 1.125% 01/31/19 | A | Interest | | | Matured | 01/31/19 | K | | |
| 100. US Treasury Note 1.5% 02/28/19 | A | Interest | | | Matured | 02/28/19 | K | | |
| 101. US Treasury Note 1.625% 03/31/19 | A | Interest | | | Matured | 03/31/19 | K | | |
| 102. US Treasury Note 1.625% 04/30/19 | A | Interest | | | Matured | 04/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  US Treasury Note 1.125% 05/31/19 | A | Interest | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 104. | | | | | Matured | 05/31/19 | K | | |
| 105.  US Treasury Note 1.625% 06/30/19 | A | Interest | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 106. | | | | | Matured | 06/30/19 | L | | |
| 107.  US Treasury Note 0.875% 07/31/19 | A | Interest | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 108. | | | | | Matured | 07/31/19 | L | | |
| 109.  US Treasury Note 1.625% 08/31/19 | A | Interest | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 110. | | | | | Sold<br>(part) | 05/28/19 | J | | |
| 111. | | | | | Matured | 09/03/19 | L | | |
| 112.  US Treasury Note 1.75% 09/30/19 | A | Interest | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 113. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 114. | | | | | Matured | 09/30/19 | L | | |
| 115.  US Treasury Note 1.5% 10/31/19 | A | Interest | | | Buy | 01/09/19 | K | | |
| 116. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 117. | | | | | Sold<br>(part) | 05/28/19 | J | A | |
| 118. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 119. | | | | | Matured | 10/31/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. US Treasury Note 1.75% 11/30/19 | A | Interest | | | Buy | 02/04/19 | K | | |
| 121. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 122. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 123. | | | | | Matured | 12/02/19 | L | | |
| 124. US Treasury Note 1.125% 12/31/19 | A | Interest | | | Buy | 03/05/19 | K | | |
| 125. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 126. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 127. | | | | | Matured | 12/31/19 | L | | |
| 128. US Treasury Note 1.25% 01/31/20 | A | Interest | L | T | Buy | 05/10/19 | L | | |
| 129. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 130. US Treasury Note 1.25% 02/29/20 | A | Interest | L | T | Buy | 05/20/19 | L | | |
| 131. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 132. US Treasury Note 2.25% 03/31/20 | A | Interest | L | T | Buy | 06/19/19 | L | | |
| 133. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 134. US Treasury Note 1.375% 04/30/20 | A | Interest | L | T | Buy | 07/11/19 | L | | |
| 135. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 136. US Treasury Note 2.5% 05/31/20 | A | Interest | L | T | Buy | 08/02/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 138.  US Treasury Note 1.625% 06/30/20 | A | Interest | L | T | Buy | 09/04/19 | L | | |
| 139. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 140.  US Treasury Note 2.625% 07/31/20 | A | Interest | L | T | Buy | 10/07/19 | L | | |
| 141.  US Treasury Note 1.375% 08/31/20 | A | Interest | L | T | Buy | 11/04/19 | L | | |
| 142.  US Treasury Note 1.375% 09/30/20 | A | Interest | L | T | Buy | 12/04/19 | L | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pryor, Jill A.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 2 - This entity owns an undeveloped residential lot described in Part VII, line 11.

Part I, line 3 - This entity owns undeveloped lots described in Part VII, line 10.

Part I, lines 5-6 - These entities were set up to own individual rental properties, but the properties have not been transferred to them. They have no assets.

Part VI, line 1 - Name change. Was previously listed as Ditech.

Part VII, line 15 - Name change.  Was previously listed as State Bank.

Part VII, line 16 - Account is no longer reportable.  Property associated with this bank account was sold in 2018.

Part VII, line 19 - Filer has no control over investments within 401k beyond choosing a general category of risk.

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill A. Pryor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544